IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. AMANT,

    Plaintiff,                     No. CIV S-09-0935 DAD

    v.

MICHAEL J. ASTRUE,           ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.

_____/

        On October 30, 2009, the court approved the parties' stipulation to extend to December 15, 2009 plaintiff's time file a motion for summary judgment and/or remand. On December 15, 2009, the court approved a stipulation to further extend plaintiff's time to February 3, 2010. Plaintiff's motion for summary judgment is now more than two weeks overdue.

        Accordingly, IT IS ORDERED that plaintiff shall show cause in writing within fourteen days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in dismissal of the action.

DATED: February 19, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/amant0935.osc.ftp