IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. AMANT,

      Plaintiff,                    No. CIV S-09-0935 DAD

    v.

MICHAEL J. ASTRUE,            ORDER
Commissioner of Social Security,

      Defendant.

_____/

        On February 19, 2010, plaintiff was ordered to show cause in writing why this case should not be dismissed for lack of prosecution. Plaintiff has filed a timely response.

        Good cause appearing, the court's February 19, 2010 order to show cause (Doc. No. 19) is discharged. Plaintiff's March 10, 2010 motion for leave to act out of time (Doc. No. 20) is granted, and plaintiff's time to file a motion for summary judgment is extended to April 2, 2010.

        IT IS SO ORDERED.

DATED: March 23, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/amant0935.osc.dsch